US District Court Middle District Jax Fl.

NYKA O'CONNOR,
Plaintiff

3:22-cv-1015-BJD-LLL

v.                                    case #_____

CHARLOTTE CI WARDEN, et al,
Defendants

NOTICE OF RETALIATION & MENTAL STATUS

1. Pursuant to the applicable authorities, O'Connor states:
2. A week ago, O'Connor wrote a correspondence to this Honorable Court concerning His Mental Health Issues, ie., last Wednesday 9-7-22.
3. In said correspondence, O'Connor expressed that He had racing thoughts was paranoid, etc.; & said issues are ONGOING. To add to that, O'Connor has homicidal & suicidal thoughts which OConnor relayed to the pre-confinement Nurses on 9-14-22, to no avail, who disregarded O'Connor's Mental Issues. O'Connor also has not been eating, which He relayed to said Nurse on 9-14-22, when He declared a Hunger Strike. O'Connor didn't eat 9-14-22 dinner & 9-15-22 breakfast. Im filled anxiety.
4. All the above, ensue as Reprisal for OConnor writing said 9-7-22 Correspondence to the Judge. Where, though Y-Dorm Confinement has A/C, on 9-14-22, OConnor was placed in Confinement as reprisal for said correspondence. Where, in A-Dorm OConnor is in an excessive hot cell, with lights on all day, in class A

1-4

Uniform, i.e., Blue Shirt, White Shirt, boxers, pants, all day; with a cellmate, but is to be housed alone.

5. Today 9-15-22, O'Connor saw a Mental Health counselor (heavy set W/F), when He declared a psych emergency. He announced to said W/F that He was on a Hunger strike, and advised Her that He swallowed a paperclip which He showed Her in His mouth before swallowing. The papers O'Connor had with Him also had a paperclip thereon and said W/F snatched the paperclip off O'Connor's paperwork and told O'Connor He's not going on SHOS (Self Harm Observation Status), to transfer, but ran to tell the Nurse that O'Connor swallowed a paperclip. No documentation was done concerning O'Connor's hunger strike.

6. O'Connor was escorted to the Medical area, where other W/M staff members - security personnels awaited O'Connor, along with the B/M Nurse on 9-14-22 who disregarded O'Connor's psych emergency of feeling homicidal & suicidal. The 4- W/M security staff continuously threatened O'Connor with use of force, being placed on the management meal, using chemical agents on O'Connor (who's asthmatic), placing O'Connor on strip/property restrictions, writing O'Connor Bogus DRs, etc.

7. While O'Connor & His cellmate were in the shower, one of said 4- W/M security staff went inside O'Connors' cellmate,

2-4

housing cell and searched said cell, leaving the personal property of both O'Connor & cellmate, in disarray.

8. Kindly note, O'Connor, who takes psych meds, is NOT supposed to be in an excessively hot housing cell, with cell-lights on, in class-A uniform, per US Const. Amend-8 & Graves v. Arpaio, 623 F.3d 1043 (9th Cir 2010). I'm very stressed

9. O'Connor is in fear of His life safety and wellbeing at Charlotte CI, considering the above retaliation & threats by Charlotte CI staff. Further, Mental Health staff at Charlotte CI work along side security, and each other cover each others' tracks.

10. The grievances O'Connor submit are discarded, and Charlotte CI staff has a policy, practice & custom to use retaliation as a means to hinder one from filing said grievances. A hand-held video-audio camera should be used on O'Connor whenever O'Connor exits the housing cell; until He re-enters said housing cell.

11. Further, all wing videos-audios concerning O'Connor's movement should be saved. Additionally, the reason hand-held-video-audio is needed, is because there are so many blind spots at Charlotte CI & A-Dorm where O'Connor is housed; where excessive force on inmate by staff can ensue.

12. Finally, Charlotte CI has a policy, practice & custom to not place Inmates on sitos, though they're supposed to be i.e., Me.

3-4

13. I swear by the penalty of perjury these statements are true.

Date: 9-16-22        /s/ NYKA TASSZANT O'CONNOR
                     NYKA O'CONNOR

14. I certify that a true copy hereof was provided to FDOC staff for mailing to: the above Court & the accompanying Grievance of reprisal should be sent to Charlotte CI for filing with this Notice.

Date: 9-16-22        /s/ NYKA TASSZANT O'CONNOR
Charlotte CI         NYKA O'CONNOR, 199579
33123 Oil Well Rd,
Punta Gorda FL 33955.

P.S. One of the WIM staff did make homosexual advance to me while in Med Room without camera & even call me "cup-cake"

P.SS Almost forget. Since Charlotte CI is above the Law, Charlotte CI has Gen-Pop & CM Inmates housed in same A Dorm, and interact with each other, where, CM Inmates are the run-a-rounds orderlies in Charlotte CI A-Dorm. This contravenes FAC 33-601-800 & other Rules which prohibit mixing of Gen Pop & CM Inmates.

P.SSS. Further Charlotte CI staff continue harass O'Connor with false allegations that O'Connor threatened to stab staff as reprisal for said 9-7-22 correspondence to this Court.

P.SSSS. Charlotte CI is a CM facility & they give GP inmates a lot of Bogus DR's to place them on CM

4-4